IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02772-DME-MJW

MICHAEL DAVIDSON,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

      Defendant.

---

**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE CLOSURE**

---

THIS COURT, having considered the parties' Joint Motion to Administratively Close Case (Doc. 13), and finding good cause exists, HEREBY GRANTS the Motion and DIRECTS the Clerk to close this action administratively, subject to reopening only for good cause.

The parties are jointly ORDERED to notify the Court as soon as the claims and cause of action in this case have been settled so that this case and matter may be dismissed. That notice should indicate whether the dismissal should be with or without prejudice. If settlement has not been reached within six months, the parties are nevertheless ORDERED to jointly file a status report with the Court no later than January 5, 2013, indicating the current status of this matter.

Case 1:11-cv-02772-DME-MJW   Document 14   Filed 07/05/12   USDC Colorado   Page 2 of 2

2

SO ORDERED this 5th day of July, 2012.

BY THE COURT:

*s/ David M. Ebel*
_____
U.S. Circuit Court Judge
District of Colorado