IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02772-DME-MJW

MICHAEL DAVIDSON,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY REOPEN CASE**

---

THIS COURT, having considered the parties' Joint Motion to Administratively Reopen Case (Doc. 15), and finding good cause exists, hereby GRANTS the motion.

The parties are ORDERED to file a notice with the Court within ten (10) days, either jointly or separately, advising the Court what issues remain and when the case will be ready for trial, along with any other matters needing attention prior to trial.

DONE AND SIGNED this __14th__ day of December, 2012.

BY THE COURT:

*s/ David M. Ebel*

_____
U.S. Circuit Court Judge
District of Colorado