IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02772-DME-MJW

MICHAEL DAVIDSON,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

### ORDER
---

THE COURT has been advised by counsel for Defendant, Union Pacific Railroad Company, that this matter has been settled and that a stipulated motion to dismiss will be filed promptly after settlement conditions have been met.

IT IS ORDERED that the trial in this matter scheduled to begin September 9, 2013 is VACATED, and the Final Trial Preparation Conference scheduled for September 3, 2013, is also VACATED. The parties are ORDERED either to file a final stipulation of dismissal or a stipulated status report no later than September 30, 2013.

DONE AND SIGNED this  30th  day of August, 2013.

                BY THE COURT:

                *s/ David M. Ebel*

                _____
                U.S. Circuit Court Judge
                District of Colorado