IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02772-DME-MJW

MICHAEL DAVIDSON,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this 6th day of September, 2013.

BY THE COURT:

*s/ David M. Ebel*

DISTRICT COURT JUDGE